FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. | 01-CV-06549 HLH (RZx) |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. | BY CLERK |
| MARIA E. LOPEZ individually and dba LOPEZ PLACE, jointly and severally | |
| Defendant | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. 683.110 through 683.320 and good cause appearing, therefore,

The default judgment entered on February 26, 2002 against defendant, **MARIA E. LOPEZ individually and dba LOPEZ PLACE, jointly and severally** is hereby renewed on the amounts set forth below:

Page 1 of 2

RENEWAL OF DEFAULT JUDGMENT
Case No. 01-CV-06549 HLH (RZx)

RENEWAL OF MONEY JUDGMENT

|   |   |   |
|---|---|---|
| a. | Total Judgment | $2,180.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney Fees | 0.00 |
| d. | Subtotal (add a thru c) | 2,180.00 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal (substract e from d) | 2,180.00 |
| g. | Interest after judgment | 544.55 |
| h. | Fee for filing of renewal | 0.00 |
| i. | **Total renewed judgment** | **2,724.55** |

DATED: 2/24/12

Clerk by  Lori Muraoka  , Deputy Clerk
U.S. District Court